ACCEPTED
03-14-00668-CV
4616073
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/24/2015 11:08:56 AM
JEFFREY D. KYLE
CLERK

## CASE NO. 03-14-00668-CV

## COURT OF APPEALS, THIRD DISTRICT OF TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/24/2015 11:08:56 AM
JEFFREY D. KYLE
Clerk

----------------------------------------------------------------

### RAFAEL MONTEZ DE OCA, Appellant

### V.

### EDUARDO GUTIERREZ, Appellee

----------------------------------------------------------------

### APPELLEE'S UNOPPOSED MOTION FOR
### FIRST EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE JUDGES OF THIS COURT:

Appellee, Eduardo Gutierrez, makes his **first** request for an extension of time to file his Brief in this cause, and would show:

1. At present, the deadline for the filing of Appellee's Brief in this cause is March 30, 2015. Appellee requests an extension of time until **April 13, 2015** to file his Brief.

2. Appellee requests this extension due to the workload of Appellee's attorney, and due to the intervening spring break vacation week and weekends of March 13-22, 2015. This request for an extension of time should be granted so that justice may be done, and because no harm or prejudice is or will be suffered by Appellant by granting this request.

3. **CERTIFICATE OF CONFERENCE**: On March 23, 2015, Appellee's counsel's office consulted with Appellant's counsel, Ray Bass, concerning this request, and Mr. Bass does not oppose the request.

**Page 1**

WHEREFORE, Appellee requests an extension of time until **April 13, 2015** to file his Brief, and for such other relief to which Appellant is entitled.

PAUL T. MORIN, P.C.
503 W. 14th Street
Austin, Texas 78701
(512) 499-8200; (512) 499-8203 fax

By: _____
Paul T. Morin
State Bar No. 14460550
*pmorin@austin.rr.com*
ATTORNEY FOR APPELLEE

## CERTIFICATE OF SERVICE

This is to certify that on March 24, 2015, a true and correct copy of the above and foregoing was served on counsel for Appellant set forth below as follows:

*Via email: raybassattorney@gmail.com*
Ray Bass
120 W. 8th St.
Georgetown, TX 78626

Law Offices of Paul T. Morin, P.C.

By: _____